**Department of Homeland Security**
**U.S. Citizenship and Immigration Services**

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| Notice to Applicants | CASE TYPE I485; I360 | | | NOTICE DATE 03/08/2021 |
|---|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER EAC2102050779; EAC2102050762 | | | USCIS A# | CODE N/A |
| ACCOUNT NUMBER | | TCR | SERVICE CENTER VSC | PAGE 1 of 1 |

ADESEWA TOLULOPE CARROLL

U. S. Citizenship and Immigration Services (USCIS) has received your form and is currently processing your application, petition, or request. This notice informs you that USCIS is able to reuse your previously captured fingerprints and other biometrics. USCIS will run the same security checks and use your biometric data as in the past, however, it is not necessary for you to appear at a USCIS Application Support Center (ASC) for a biometrics appointment. The biometrics fee will not be refunded.

USCIS is continuing to process your application, petition, or request. USCIS will contact you in writing if any additional information is necessary to resolve your case.

This notice is not an approval of your pending application, petition, or request.

If you have any questions or comments regarding this notice or the status of your case, please contact the USCIS Contact Center toll free at 1-800-375-5283. If you are hearing impaired, please call the Contact Center TDD at 1-800-767-1833.

**EXHIBIT C**

APPLICATION NUMBER
I485 - EAC2102050779



APPLICATION NUMBER 2
I360 - EAC2102050762



If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

**WARNING:** Due to limited seating availability in our lobby area, only persons who are necessary to assist with transportation or completing the biometrics worksheet should accompany you. If you have open wounds or bandages/casts when you appear, the USCIS may reschedule your appointment if it is determined your injuries will interfere with taking your biometrics.

is is an interview or biometrics appointment notice, please see the back of this notice for important information.

Form I-797C 04/